

FILED

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_Eastern_ District of _California_

JUL 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

_Linda D Moriarity_
Plaintiff

v.

_Janalie Henriques E Hante Henriques_
Defendant _Law Firm_

Civil Action No. 1: 1 1 CV 0 1 2 0 8  OWW DLB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

_Not Employed - Disability Retirement_

My gross pay or wages are: $ _230/ 98_ , and my take-home pay or wages are: $ _228/ 08_ per
_(specify pay period)_ _month_ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

_State of California Disability Retirement - No Increase Expected_

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _116 -_

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*

① 197 Toyota p/u    $1200    (only Transportation)

② Home c 27300 Back passer, Tehachapi Value $125,000 in PRE Foreclusure - Behind # 3000 -

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

House pymnt $900
All utilities    350 (Summer)
Food    $40
Auto ins    95
Medicine    200
Gasoline    300
Medical    50

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE -

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Bank of America    Home mTg    owo # 96,000

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:    7-18-2011

_____
Applicant's signature

Lmdn D Moriarty
Printed name