IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. MORIARITY,<br><br>  Plaintiff,<br><br>  v.<br><br>JANALIE HENRIQUES,<br>HUNT & HENRIQUES LAW FIRM,<br><br>  Defendants. | Case No.: 1:11-cv-01208 -- - JLT<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS |

By previous order, the Court granted the motion to proceed *in forma pauperis* filed by Plaintiff Linda Moriarity. (Doc. 5). In addition, the Court found Plaintiff's First Amended Complaint contained cognizable claims against defendants Janalie Henriques and Hunt & Henriques Law Firm. (Doc. 8). On October 20, 2011, Plaintiff filed a notice of intent to proceed on the claims found cognizable by the Court. (Doc. 10).

Accordingly, **IT IS HEREBY ORDERED**:

1. Service of the First Amended Complaint is appropriate for, and shall be initiated on:
   a. Janalie Henriques and
   b. Hunt & Henriques Law Firm
2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, one (1) summons, one (1) Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed September 16, 2011 (Doc. 7);

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed First Amended Complaint.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the documents described above, the Court will direct the United States Marshal to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **October 24, 2011**　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE