TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
ARVIN C. LUGAY (SBN 242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for Defendants
Janalie Henriques and
Hunt & Henriques

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| LINDA D. MORIARITY,<br><br>Plaintiff,<br><br>vs.<br><br>JANALIE HENRIQUES and HUNT & HENRIQUES LAW FIRM,<br><br>Defendants. | CASE NO.: 1:11-cv-01208-OWW-JLT<br><br>**NOTICE OF APPEARANCE OF TOMIO B. NARITA AS COUNSEL FOR DEFENDANTS JANALIE HENRIQUES AND HUNT & HENRIQUES** |

1  TO PLAINTIFF IN PRO SE:

2  PLEASE TAKE NOTICE that Tomio B. Narita, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for defendants Janalie Henriques and Hunt & Henriques.

DATED: January 30, 2012    SIMMONDS & NARITA LLP
                            TOMIO B. NARITA
                            ARVIN C. LUGAY


                     By:   s/Tomio B. Narita
                            Tomio B. Narita
                            Attorneys for defendants
                            Janalie Henriques and
                            Hunt & Henriques

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **NOTICE OF APPEARANCE OF TOMIO B. NARITA AS COUNSEL FOR DEFENDANTS JANALIE HENRIQUES AND HUNT & HENRIQUES**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Linda D. Moriarity
27300 Buckpasser Drive
Tehachapi, CA 93561
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 30th day of January, 2012.

_____
Sally Koo