1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6
   Attorneys for Defendants
7  Janalie Henriques and
   Hunt & Henriques
8

9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12                        BAKERSFIELD DIVISION

13

14  LINDA D. MORIARITY,             ) CASE NO.: 1:11-cv-01208-OWW-JLT
15                                  )
                                    )
16         Plaintiff,                ) **DEFENDANTS' CERTIFICATE OF**
                                    ) **INTERESTED PARTIES**
17         vs.                       )
18                                  )
                                    )
19  JANALIE HENRIQUES and HUNT     )
    & HENRIQUES LAW FIRM,           )
20                                  )
                                    )
21         Defendants.              )
                                    )
22                                  )
                                    )
23  _____ )

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Janalie Henriques and Hunt & Henriques certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Defendant Hunt & Henriques, a California partnership.

2.    Defendant Janalie Henriques, an individual.

DATED: January 31, 2012         SIMMONDS & NARITA LLP
                                                  TOMIO B. NARITA
                                                  ARVIN C. LUGAY

                                                  By:   s/Arvin C. Lugay
                                                             Arvin C. Lugay
                                                             Attorneys for Defendants
                                                             Janalie Henriques and
                                                             Hunt & Henriques

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)   **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Linda D. Moriarity
27300 Buckpasser Drive
Tehachapi, CA 93561
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 31st day of January, 2012.



Sally Koo