**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA D. MORIARITY, | ) Case No.: 1:11-cv-01208 --- JLT |
| Plaintiff, | ) ORDER TO DEFENDANTS TO FILE THEIR |
| | ) CONSENT OR DECLINATION TO CONSENT |
| v. | ) TO THE JURISDICTION OF THE |
| | ) MAGISTRATE JUDGE |
| JANALIE HENRIQUES, HUNT & HENRIQUES LAW FIRM, and DOES 1-20, inclusive, | ) |
| Defendants. | ) |

On September 14, 2011, the Court ordered all parties to the action to file their consent or declination to consent to the jurisdiction of the Magistrate Judge. (Doc. 6) The reason for the order was as follows:

> Due to the overwhelming caseload already assigned to the remaining two U.S. District Judges in this division – more than twice the national average for District Judges – the parties are strongly encouraged to consider or reconsider (in the event a decline was previously filed) consenting to the jurisdiction of the U.S. Magistrate Judge pursuant to 28 USC § 636 (c). Three of the U.S. Magistrate Judges sitting in this division are former California Superior Court Judges and all six have significant experience as trial attorneys. A brief summary of past professional experience may be found on the Court's Fresno Judge Information webpage. The parties are ORDERED to affirmatively indicate whether they consent to or decline the jurisdiction of the U.S. Magistrate Judge pursuant to 28 USC § 636 (c) by completing and filing the attached form with the Clerk's Office WITHIN 30 DAYS OF THIS ORDER. This form must be completed regardless of whether or not one was previously filed. The parties are advised that there will be no adverse substantive consequences if they choose not to consent as provided by Fed.R.Civ.P. 73(b)(2). Upon receipt of the parties' acceptance or declination of Magistrate Judge jurisdiction, the case will be assigned to the U.S.

Magistrate Judge or reassigned to a U.S. District Judge. Failure to timely comply with this order will result in an Order to Show Cause and may result in sanctions.

Subsequent to reassignment, motions may be scheduled and in the discretion of the judge permanently assigned, the deadlines in the previously entered Scheduling Order may be adjusted as good cause requires. Consent to a Magistrate Judge does not, in any way, affect a party's legal rights, including the right to a jury trial

(Doc. 6 at 1-2) At the time the Court issued the order, no defendant had appeared in this action.

Therefore, for the same compelling reasons as in the earlier order, the Court now ORDERS Defendants to file the attached form, indicating whether they consent to the jurisdiction of the Magistrate Judge, within 14 days.

IT IS SO ORDERED.

Dated: **February 1, 2012**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE