# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA D. MORIARITY,** | **NEW CASE NUMBER:** |
| **Plaintiff,** |     **1:11-cv-1208 JLT** |
| v. | **OLD CASE NUMBER:** |
| |     **1:11-CV-1208 AWI JLT** |
| **JANALIE HENRIQUES and HUNT & HENRIQUES LAW FIRM,** | **AMENDED ORDER REASSIGNING ACTION** |
| **Defendants.** | |

All parties have consented to have United States Magistrate Judge Jennifer L. Thurston conduct all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1).  (<u>See</u> Docs. 9, 21).

Accordingly, this court REASSIGNS this action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.

All further filings shall bear the new case number:   **1:11-cv-1208 JLT**.

IT IS SO ORDERED.

Dated:   September 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1