UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORIARITY,<br><br>        Plaintiff,<br><br>    v.<br><br>JANALIE HENRIQUES, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-01208 - JLT<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR A TELEPHONIC APPEARANCE AT THE MID-DISCOVERY STATUS CONFERENCE<br><br>(Doc. 31) |

On March 5, 2013, Defendants filed a "request that the Court issue an Order allowing counsel to appear telephonically on behalf of Defendants at the Mid-Discovery Status Conference." (Doc. 31). Notably, in the scheduling order, the parties were informed: "Counsel may appear by telephone via CourtCall, providing a written request to so appear is made . . . no later than five (5) court days before the noticed hearing date." (Doc. 27 at 3). Defendants have complied with this requirement by filing their request in advance of the hearing scheduled for March 15, 2013.

Accordingly, **IT IS HEREBY ORDERED**: Defendants' request for a telephonic appearance is **GRANTED**, and counsel shall make arrangements to appear via CourtCall.

IT IS SO ORDERED.

Dated:   **March 7, 2013**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE