1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6
   Attorneys for Defendants
7  Janalie Henriques and
   Hunt & Henriques
8

9
                   UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11
                        BAKERSFIELD DIVISION
12

13  LINDA D. MORIARITY,              ) CASE NO.: 1:11-cv-01208-JLT
                                     )
14          Plaintiff,                ) **NOTICE OF SETTLEMENT**
                                     )
15                                    )
       v.                             )
16                                    )
    JANALIE HENRIQUES and HUNT       )
17  & HENRIQUES LAW FIRM,            )
                                     )
18          Defendants.               ) The Honorable Jennifer L. Thurston
                                     )
19                                    )
   _____   )
20

21
22
23
24
25
26
27
28

MORIARITY V. JANALIE HENRIQUES, ET AL. (CASE NO. 1:11-cv-01208-JLT)
NOTICE OF SETTLEMENT                                                           .

1  NOTICE IS HEREBY GIVEN that Plaintiff, LINDA D. MORIARITY, has
2  settled her case with Defendants JANALIE HENRIQUES and HUNT &
3  HENRIQUES LAW FIRM.  The parties are in the process of finalizing the
4
5  settlement agreement and anticipate filing a joint request for dismissal, with
6  prejudice, within twenty-one (21) days pursuant to Local Rule 160.

9  DATED: June 13, 2013         SIMMONDS & NARITA LLP
10                              TOMIO B. NARITA
                                ARVIN C. LUGAY
11
12
                                By:   /s/Arvin C. Lugay
13                                    Arvin C. Lugay
14                                    Attorneys for defendants
                                      Janalie Henriques and
15                                    Hunt & Henriques

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

**1)** **NOTICE OF SETTLEMENT**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Linda D. Moriarity
27300 Buckpasser Drive
Tehachapi, CA 93561
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 13th day of June, 2013.

                                                            s/Arvin C. Lugay
                                                                  Arvin C. Lugay