**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LINDA D. MORIARITY | ) | Case No.: 1:11-cv-01208 - JLT |
| Plaintiffs, | ) ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | |
| JANALIE HENRIQUES et al., | ) ) | |
| Defendants. | ) ) | |

On June 13, 2013, Defendants Janalie Henriques and Hunt & Henriques Law Firm notified the Court they reached a settlement with Plaintiff Linda Moriarity. (Doc. 47). Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **July 5, 2013**; and
2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:  **June 14, 2013**              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

1