**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA D. MORIARITY, <br><br> Plaintiffs, <br><br> v. <br><br> JANALIE HENRIQUES et al., <br><br> Defendants. | Case No.: 1:11-cv-01208 - JLT <br><br> ORDER DISMISSING THE CASE <br><br> (Doc. 49) |

Based upon the stipulation of the parties (Doc. 49), the matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **July 1, 2013**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1